UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERMAINE L. SANFORD ET AL.,

    Plaintiffs,

v.

DEPARTMENT OF LABOR & ECONOMIC
GROWTH ET AL.,

    Defendants.
_____/

Case No. 10-15153

SENIOR UNITED STATES
DISTRICT JUDGE
ARTHUR J. TARNOW

ORDER TO SHOW CAUSE
AND
ORDER TERMINATING PLAINTIFF JERMAINE SANFORD'S
MOTION FOR EXTENSION [18] AS MOOT

Before the Court is Defendant Edith Pope's Motion to Dismiss [8], Defendant City of Detroit Planning and Development Department's Motion to Dismiss [16], and Plaintiff Jermaine Sanford's Motion for Extension [18].

Defendant Edith Pope's Motion to Dismiss [8] was filed on January 20, 2011. Defendant City of Detroit Planning and Development Department's Motion to Dismiss [16] was filed on February 2, 2011. The briefing period as to both motions has lapsed. No response has been filed by Plaintiffs.

Accordingly,

**IT IS ORDERED** that Plaintiffs shall show cause in writing, on or before **April 28, 2011**, why Defendants' unopposed Motions to Dismiss [8] and [16] should not be granted, and judgment entered in Defendants' favor forthwith.

**IT IS FURTHER ORDERED** that Plaintiff Jermaine Sanford's Motion for Extension [18] is **TERMINATED AS MOOT** due to his death.

**SO ORDERED.**


Dated:  April 11, 2011                                    S/ARTHUR J. TARNOW
                                                          Arthur J. Tarnow
                                                          Senior United States District Judge



I hereby certify that a copy of the foregoing document was served upon


Leonard D Sanford
14141 D Drive
Plymouth, MI 48170


Shaletta Smith
15548 Court Village Lane
Taylor, MI 48180


and counsel of record on April 11, 2011, by electronic and/or ordinary mail.


                                                          S/MICHAEL L. WILLIAMS
                                                          Relief Case Manager